**Sir Arthur HEIM for CITIZENS SUIT, and United States of America, Plaintiff–Appellant,**

v.

**U.S. Attorney General Eric HOLDER; Nebraska Attorney General John Brunning; Colorado Attorney General John Sutheral; Wyoming Attorney General Greg Philips; IRS; United States of America, Defendants–Appellees.**

No. 13–1279.

United States Court of Appeals, Eighth Circuit.

Submitted: July 3, 2013.

Filed: July 22, 2013.

Before MURPHY, SMITH, and COLLOTON, Circuit Judges.

PER CURIAM.

Arthur Heim appeals after the district court[1] dismissed his complaint and denied

---

1. The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

his numerous post-judgment motions. Having carefully reviewed the record, we conclude that we have jurisdiction to review only the district court's orders which (1) denied two post-judgment motions and restricted Heim from filing additional post-judgment motions, and (2) required him to pay the appellate filing fee or to file an in forma pauperis motion. *See Dieser v. Cont'l Cas. Co.*, 440 F.3d 920, 923 (8th Cir.2006) (timely notice of appeal is mandatory and jurisdictional). We further conclude that neither of those two orders is subject to reversal. *See In re Guidant Corp. Implantable Defibrillators Prods. Liab. Litig.*, 496 F.3d 863, 866 (8th Cir. 2007) (denial of post-judgment motion is reviewed for abuse of discretion); *In re Tyler*, 839 F.2d 1290, 1293 (8th Cir.1988) (per curiam) (court has discretion to place reasonable restrictions on litigant who files non-meritorious actions for obviously malicious purposes and who generally abuses judicial process); *see also* Fed. R.App. P. 3(e) (upon filing of notice of appeal, appellant must pay district clerk all required fees). Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny all of Heim's pending motions.